IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 23-420 |
| | : | |
| EVA GERTENITCH | : | |

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a Plea Hearing on Tuesday, October 10, 2023, at 1:30 p.m. before the **Honorable Chief Judge Juan R. Sánchez** in **Courtroom 14B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A  interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:  Nancy DeLisle, Courtroom Deputy to C.J. Sánchez
     Phone: 267-299-7789

Date:  9/29/2023

cc via U.S. Mail:   Defendant
cc via email:       Defense Counsel
                    Assistant U.S. Attorney
                    U.S. Marshal
                    Court Security
                    Probation Office
                    Pretrial Services
                    Interpreter Coordinator